AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BYRON JEROME COOPER | ) Case No. 1:20-mj-045 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BYRON JEROME COOPER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute oxycodone, 21 USC 841(a)(1) & 841(b)(1)(C), and 18 USC 2

Date: 01/21/2020

*Issuing officer's signature*

City and state: ~~Bismarck~~ Fargo, North Dakota       Alice R. Senechal, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/21/2020, and the person was arrested on *(date)* 1/23/2020
at *(city and state)* Bismarck, ND.

Date: 1/23/2020

*Arresting officer's signature*

TFO David Stewart
*Printed name and title*